Shaidon Blake
_____
Name

EDCF (RDU) P.O BOX 311
_____

EL Dorado, KS, 67042
_____
Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Shaidon Emmanuel Blake, Plantiff
_(Full Name)_

V.

Jpay, Sec. Joe Norwood, Defendant (s)
Warden Paul Snyder

CASE NO. 18-3146-SAC
_(To be supplied by the Clerk)_

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Shaidon Blake _(Plaintiff)_, is a citizen of California _(State)_ who presently resides at EDCF (RDU) P.O Box 311 El Dorado, KS. 67042. _(Mailing address or place of confinement.)_

2) Defendant Jpay _(Name of first defendant)_ is a citizen of Florida _(City, State)_, and is employed as Communications provider for Kansas Dept of Corrections. _(Position and title, if any)_. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

Defendant executes a duty and service on behalf of Kansas Dept. of Corr.

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                1

3) Defendant __Warden Paul Snyder__ is a citizen of
*(Name of second defendant)*

__El Dorado Correctional facility__, and is employed as
*(City, state)*

__Warden__. At the time the
*(Position and title, if any)*

claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

Ruled and has ordered censorship and ban of Plaintiffs authored books

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

U.S Constitution 1ST amendment freedom of Speach and Press

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

Plaintiff authored book was ordered censored and banned with out good cause under law. The censorship was stated to be for sexually explicit materials even with out any sexually explicit gestures, no penetration or anything considered vulgar in nature. Petitioner sites and quotes Turner v. Safley 482 U.S. 78:89, 107 S.CT. 2254, 2262, 96 L.Ed.2d 64, Warden may not reject a publication "solely because its contents is religious, philisophical, political, social, sexual, or unpopular or repugnant, or establish an excluded list of publications". This is a clear violation of the U.S. Const. under the standard set forth in Procunier v. Martinez 416 U.S. 396, 94 S.CT. 1800, 40 L.Ed.2d 224

XE-2 8/82                      CIVIL RIGHTS COMPLAINT §1983                    2

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: <u>Violation of the 1st amend. of the U.S. Const.</u>
<u>Freedom of Speech and Press</u>

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

<u>My agent sent a picture of my authored books cover over</u>
<u>Jpay and Jpay censored it in its entirety saying it is</u>
<u>sexually explicit, Paul Snyder as warden concurred upheld ban</u>
<u>and I appealed to the Sec. of Corr. Joe Norwood who also concurred</u>
<u>so I exhausted all administrative remedies.</u>

B) (1) Count II: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

3

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes [✓] No [ ]. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: Blake

   Defendants: Maynard et. AL.

   b) Name of court and docket number AW-09-2367 & U.S Court of Appeals 4th Cir. No 13-7279

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) 1 verdict for Plaintiff, 1 def. Settled out of Court, Maynard Summary judgement.

   d) Issues raised Use of excessive force, cruel & unusual punishment

e) Approximate date of filing lawsuit  2009

f) Approximate date of disposition  2013 & 2017

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☑ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

filed appeal to warden then filed appeal to Sec. of Corrections.

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

order allowing Plaintiffs authored books in the Kansas Dept. of Corrections, Compensatory damages of 5 million dollars and punitive damages of 50 million dollars. Standard set in the Luther Campbell case and Larry Flint. Florida and California jurisdictions.

_____    _Shawton Blake_____
Signature of Attorney (if any)         Signature of Plaintiff

(Attorney's full address and telephone number)

5

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983