TERMS OF SERVICE AND WARRANTY POLICY

**BEFORE YOU USE THE JPAY KIOSK OR YOUR JPAY TABLET AND THE SERVICES PROVIDED THEREUNDER, YOU MUST READ AND AGREE TO THESE TERMS OF SERVICE AND WARRANTY POLICY WHICH INCLUDE A DISPUTE RESOLUTION AND ARBITRATION AGREEMENT IN SECTION 9 (TOGETHER, THE "AGREEMENT").  WE MAY AMEND THIS AGREEMENT AT ANY TIME.  YOU AGREE TO BE BOUND BY THIS AGREEMENT UPON YOUR ACCEPTANCE.  ANY RIGHTS NOT EXPRESSLY GRANTED HEREIN ARE RESERVED BY JPAY LLC ("JPAY").  IF YOU CANNOT READ OR UNDERSTAND THIS AGREEMENT, PLEASE CONTACT CORRECTIONAL STAFF FOR FURTHER EXPLANATION AND CLARIFICATION.**

**BY CLICKING THE "I AGREE" BUTTON, YOU ARE INDICATING THAT YOU CONSENT TO THIS AGREEMENT.**

1. **USE OF THE KIOSK, YOUR JPAY TABLET AND RELATED SERVICES.**

*The Services*
Your use of the JPay Kiosk ("Kiosk") is a privilege.  Misusing or damaging the Kiosk may lead to denial of this privilege, administrative and disciplinary sanctions, and/or legal action against you.

This Agreement applies to all JPay services including those you may access or view through the Kiosk or your JP3, JP4, JP5 Mini, JP5*S*, JP6, or any successor JPay tablet (each of which shall be referred to herein as "Tablet").  These services include, but are not limited to, stamp purchases, email, VideoGrams, eCards, video visitation, phone, media, trust and other account funding, music, games, video content (movies, TV episodes, and videos), news, audio and eBooks, educational materials, and/or Tablets and Tablet accessories (each a "Service" and collectively, the "Services").  Each correctional facility will determine which Services will be made available to you, in addition to the procedures and guidelines that govern your use of the Services.

You are permitted to use only those Services authorized under the jurisdictional regulations applicable to you.  If a correctional facility places you under temporary restriction or suspension from the use of JPay products and services, JPay is under no obligation to continue to provide such products and services to you.

*Monitoring*

ALL EMAIL, CORRESPONDENCE, AND COMMUNICATIONS, INCLUDING VIDEO VISITS, BETWEEN YOU AND OTHERS IN CONNECTION WITH YOUR USE OF THE SERVICES ARE SUBJECT TO MONITORING, RECORDING, INTERCEPTION AND DISCLOSURE, AND ARE NOT PROTECTED BY ATTORNEY-CLIENT PRIVILEGE.

All emails, including email attachments, are monitored and reviewed by the correctional facility where you reside, or by JPay at the request of the correctional facility.  Prior to the release and distribution of emails, all emails and their attachments must be approved by the correctional facility, or by JPay at the request of the correctional facility.  Since emails are subject to monitoring, review and approval prior to distribution, there may be delays in delivery.  Under certain circumstances, a correctional facility may decline to distribute an email or an attachment, if the email or attachment violates its policies.  In such



1

instances, neither the correctional facility nor JPay shall be responsible to the sender or you for the failure to deliver such emails or attachments.

If a correctional facility decides to remove or block the delivery of an email, or if you decide to delete an email, any attachments to that email will also be removed from your account.  Each email communication you send is subject to a character limit, and the number of emails which may be stored in your inbox is limited as well.  Please check the Frequently Asked Questions ("FAQs") for these limits applicable at your correctional facility.  Email communications dated before January 1, 2015 are only accessible via the Kiosk and cannot be downloaded or accessed on your Tablet.

**2. FEES AND REFUNDS**.  Fees charged to you for certain Services may include the suggested retail price for the Service, as well as additional fees to cover infrastructure and network costs incurred by JPay in connection with the provision of these Services.  You may also be charged sales tax where required.  The availability and prices for the Services are subject to change without notice.

You will not be entitled to a refund due to your inability to access any of the Services as a result of any downtime experienced by the Kiosks, wireless connectivity failures, or restrictions imposed by the correctional facility.  While you may access the Services on your Tablet using a wireless network, wireless connectivity is not guaranteed to function without error.  In the event that wireless connectivity fails to function, you may use the Kiosk to access the Services.

In the event that you are transferred to a correctional facility that is not serviced by JPay or lose access to the Service as a result your transfer, JPay will not refund you for your Tablet or any Service purchases.

The transfer of funds to your JPay media account is a non-refundable transaction, and funds in such media account are not transferable.  JPay may make a deduction from your media account because of a dispute, legal process, reversed deposit, fees, inappropriate use and/or manipulation by you of the JPay Services and/or its systems, a correction to your account, transfers of funds to your account with the use of an unauthorized form of payment, or other similar reasons.  If such a deduction is necessary, JPay will notify you.

If the correctional facility in which you reside permits stamp purchases from your trust and/or JPay media accounts, such purchases may not be canceled, are non-refundable, non-transferable, and any unused stamps will not be refunded.  If the correctional facility in which you reside permits debit phone time account funding from your trust account, such purchases are also non-refundable.

3.    **YOUR PURCHASE OF JPAY TABLET AND CONTENT**.

*Tablets*

2

All Tablet purchases are non-refundable.  By purchasing a Tablet, you agree to the Tablet's Limited Warranty below.  The terms of this Limited Warranty are also provided in the Frequently Asked Questions section of the Kiosk.

If you or your friend or family member purchases a Tablet, the Tablet will ship to the correctional facility at which you reside at the time of purchase within forty-five (45) business days from the date of purchase. Depending on your correctional facility's own procedures, it may take additional time for the correctional facility staff to deliver the Tablet to you.  JPay is not responsible for delays in delivery due to the actions or decisions of the correctional facility or events beyond JPay's control, including shortage of materials, labor strikes, transportation failure, lockdown, correctional facility disruption, inclement weather or acts of God.

### *Content*

As used in this Agreement, "Content" includes content and components thereof purchased from JPay, including games, music, news, software, technology, text, books, sound, graphics, pictures, video, code, and all audiovisual or other material appearing on or transmitted to and/or from the Kiosk and/or Tablet. JPay does not guarantee the accuracy or reliability of the Content or that it is error-free.  You understand that you may be exposed to Content that may be deemed offensive, indecent, or objectionable.  JPay will have no liability to you for Content found to be offensive, indecent, or objectionable.  You agree to use the Content at your sole risk.

JPay may change Content options and availability at any time without notice.  The download time or functionality of any of our Services may vary depending on the network and connectivity at your correctional facility.  On occasion, purchased Content may become unavailable prior to download and previously purchased and downloaded Content may be removed from your Tablet while you are a resident at the correctional facility.  In such cases, JPay will issue you a credit, which may be used for a future purchase while you are a resident at a correctional facility in the state agency from which you purchased the Content.  If JPay provides you with a Replacement Tablet pursuant to the terms of the warranty or for any other reason, or if you or a friend or family member purchases a new Tablet, previously downloaded news Content will not be accessible on the new Tablet.

The Content is provided for your personal, non-commercial entertainment use only.  All Content embodies the intellectual property of a third party and is protected by law.  You agree not to modify, or attempt to modify, any Content for any reason whatsoever, unless expressly authorized or stated within the applicable legal notices.  Content and all other intellectual property rights in or to the Content are owned by JPay or JPay's third party licensors and is protected by United States and international copyright, trade dress, patent, and trademark laws, international conventions, and other laws protecting intellectual property and related proprietary rights.  UNLESS EXPRESSLY AUTHORIZED BY JPAY OR STATED IN THE APPLICABLE LEGAL NOTICES, YOU SHALL NOT DISTRIBUTE, PUBLICLY PERFORM OR DISPLAY, LEASE, SELL, TRANSMIT, TRANSFER, PUBLISH, EDIT, COPY, CREATE DERIVATIVE WORKS FROM, RENT, SUB-LICENSE,

DECOMPILE, DISASSEMBLE, REVERSE ENGINEER, ATTEMPT TO "PASS-OFF" ANY CONTENT AS YOUR OWN WORK, OR OTHERWISE MAKE UNAUTHORIZED USE OF THE CONTENT.

**MP3 downloads of SONY BMG products are sold directly by SBMG Digital LLC via Neurotic Media LLC as Agent.**

### *After Your Release*

After your release from the correctional facility, you may have the security features removed from your Tablet ("unlock" your Tablet) so that certain Content may be accessible to you outside of the correctional facility. This only applies to Tablets that were purchased by you or by a friend or family member.

To have your Tablet unlocked, you must mail in the Tablet to the address below. If you mail the Tablet while you are still incarcerated, JPay will cover the cost of shipping. If you mail in the Tablet after you are released, you will be responsible for covering any shipping costs.

Please mail the Tablet package to the following address:
JPay/Securus Technologies-Warehouse
3220 Keller Springs Ste. 118
Carrolton, TX. 75006

Please include the following in the package:
- Tablet
- The address of the correctional agency where you were incarcerated
- Your first and last name
- Your Inmate ID #
- Telephone Number
- Return Mailing Address

Upon JPay's receipt of the Tablet, if JPay determines the Tablet is functioning, games and music on your Tablet will remain on the device when JPay unlocks and returns the Tablet to you, and any music in your library, that for storage reasons could not reside on your Tablet, will be made available to you on a USB drive. **Any emails and their attachments, as well as VideoGrams, which did not reside on your Tablet, will not be made available to you upon your release**.

If JPay determines that the Tablet is not functioning, JPay will return to you the non-functioning Tablet, along with a USB drive containing your music purchases only. Games and any saved emails and their attachments will not be included with the USB contents.

Please allow up to forty-five (45) business days from the date JPay receives your Tablet for delivery to you of the unlocked Tablet and/or USB drive. After forty-five (45) business days, you may follow up on the

4

status of your unlocked Tablet or USB drive by contacting JPay via email at tabletunlocksupport@jpay.com.

***Movies, Television Shows, and Other Video Rentals***

In certain correctional facilities, JPay may make available for rental and viewing a selection of full-length movies, episodes of television shows, and other videos (collectively hereafter referred to as "Video Content"). This Video Content is available for a limited viewing period only and is not a permanent download.

Beginning when you first rent the Video Content, it will only be available on your Tablet for a period of thirty (30) days (the "Rental Period"). After the Rental Period ends, the Video Content will be automatically deleted from your Tablet, whether you have viewed the Video Content in its entirety or not. If you wish to view the Video Content after the Rental Period ends, you must rent it again. During the thirty (30)-day Rental Period, you will have a period of forty-eight (48) hours from the point of initial playback to view the Video Content (the "Viewing Period"). Once the Viewing Period has expired, the Video Content will be automatically deleted from your Tablet. You will have the option to rent the Video Content again (if the Video Content is still available). If you begin watching the Video Content on the last day of the (30)-day Rental Period, you will only have until midnight of that day to finish viewing the Video Content, not the full 48-hour Video Period. If you are unable to complete watching the Video Content, JPay will not be responsible and will not be obligated to issue or supply you a refund.

This Video Content service is only available to you while you are a resident of a correctional facility. Once you are released, JPay's rental service will no longer be available or accessible to you, even if you retain ownership of your Tablet.

4.   **TABLET LIMITED WARRANTY**. JPay warrants that the Tablet will be free from material defects in design and manufacture and will substantially conform to the published specifications under normal use for a period of ninety (90) days following the date on which you first connect the Tablet to the Kiosk. In certain correctional facilities, the warranty period may be longer. Please check the Frequently Asked Questions" ("FAQs") to know the warranty period that applies to your correctional institution.

This warranty is provided to you and is not transferable. The warranty is void if the product is not used in accordance with the product instructions, or if it is damaged as a result of misuse, unauthorized repair, modification or accident. JPay shall not be liable if a certain component, accessory, or feature is not available on the Tablet due to restrictions imposed by the applicable correctional facility.

To obtain warranty service, you must submit a JPay Support Ticket using the "Communications Center" located on the Kiosk. JPay will attempt to troubleshoot the issue. If further assistance is needed, JPay will repair or replace the product or any portion thereof with a refurbished, replacement Tablet of equal or greater capacity and functionality ("Replacement Tablet). A Replacement Tablet assumes (i) the remaining warranty time available on the original Tablet (which is calculated from the date that you first

submit a JPay Support Ticket), or (ii) a warranty period of thirty (30) days following the date the Replacement Tablet is delivered to the correctional facility in which you reside, whichever date is later.

JPay will repair or replace any defective earbud headphones (that accompanied your Tablet purchase) if you submit a JPay Support Ticket within two (2) weeks of your receipt of the earbud headphones.

If JPay determines that you qualify for a Replacement Tablet or earbud headphones under our Return Merchandise Authorization (RMA) process, JPay will ship the replacement product to the correctional facility at which you reside within forty-five (45) business days from the date the Support Ticket generating the RMA was submitted. Depending on your correctional facility's own procedures, it may take additional time for the correctional facility staff to deliver the Tablet to you. JPay will not be responsible for delays in delivery due to the actions or decisions of the correctional facility or events beyond JPay's control, including shortage of materials, labor strikes, transportation failure, lockdown, correctional facility disruption, inclement weather or acts of God.

JPay does not warrant, and shall not be responsible for, any lost Content or data contained in the Tablet regardless of the cause of the loss. JPay's products are not warranted to operate without failure. This warranty gives you specific legal rights, and you may also have other rights which may vary by jurisdiction.

JPay is not responsible for damage to the Tablet arising from failure to follow instructions relating to the Tablet's use. This warranty does not apply to: (a) cosmetic damage, including but not limited to, scratches and dents; (b) damage caused by accident, abuse, tampering, misuse, liquid spill or submersion, flood, fire, earthquake, or other external causes; (c) damage caused by service on the Tablet performed by anyone who is not a JPay representative; (d) a Tablet that has been modified; or (e) a Tablet confiscated by correctional staff.

5.  **TABLET ACCESSORIES**.  If the correctional facility in which you reside permits the purchase of accessories, including but not limited to, USB cables, barrel chargers, headphones and/or armbands (each an "Accessory" and collectively, the "Accessories"), such purchases are non-refundable. By purchasing an Accessory, you agree to the Accessory's Limited Warranty listed below. This warranty is also provided in the Frequently Asked Questions section of the Kiosk. If you have an issue with your Accessory during the warranty period, you must submit a JPay Support Ticket through the "Communications Center" on the Kiosk.

JPay will not be liable for any loss, destruction or damage to the Accessory. JPay provides the Accessory subject to the rules and policies of your correctional facility. At any given time, you may own only one of each Accessory available.

Accessories must be used in compliance with all applicable laws, rules and regulations. Use of the Accessory is a privilege and misuse may lead to denial of this privilege, confiscation of the Accessory, administrative and disciplinary sanctions, and/or legal action.

JPay will ship Accessories to the correctional facility at which you resided at the time of purchase within fifteen (15) business days from the date of purchase. Depending on your correctional facility's own procedures, it may take additional time for the correctional facility staff to deliver the Accessory to you.

JPay is not responsible for delays in delivery due to the actions or decisions of the correctional facility or events beyond JPay's control, including shortage of materials, labor strikes, transportation failure, lockdown, correctional facility disruption, inclement weather, or acts of God.

6. **ACCESSORY LIMITED WARRANTY.**  JPay warrants that the Accessory will be free from material defects in design and manufacture and will substantially conform to the published specifications under normal use for a period of sixty (60) days following the date the Accessory was purchased.  This warranty is provided to you and is not transferable.  The warranty is void if the product is not used in accordance with the product instructions, or if it is damaged as a result of misuse, tampering, unauthorized repair, modification, or accident.  This sixty (60)-day warranty period applies only to Accessories purchased separately from any Tablet.

To obtain warranty service, you must submit a JPay Support Ticket using the "Communications Center" located on the Kiosk within the sixty (60)-day warranty period. JPay will attempt to troubleshoot the issue. If troubleshooting does not resolve the problem, JPay will repair or replace the Accessory or any portion thereof with a new or refurbished product of equal or greater capacity and functionality.  A replacement Accessory assumes (i) the remaining warranty time available on the original Accessory (which is calculated from the date that you first submit a Support Ticket), or (ii) a warranty period of thirty (30) days following the date the replacement Accessory is delivered to the correctional facility in which you reside, whichever date is later.

JPay will ship replacement Accessories to the correctional facility at which you resided at the time the replacement was requested within fifteen (15) business days from JPay's approval of the replacement. Depending on your correctional facility's own procedures, it may take additional time for the correctional facility staff to deliver the replacement Accessory to you.  JPay is not responsible for delays in delivery due to the actions or decisions of the correctional facility or events beyond JPay's control, including shortage of materials, labor strikes, transportation failure, lockdown, correctional facility disruption, inclement weather, or acts of God.

JPay is not responsible for damage arising from failure to follow instructions relating to the product's use. This warranty does not apply: (a) to cosmetic damage, including but not limited to, scratches and dents; (b) to damage caused by accident, abuse, tampering, misuse, liquid spill or submersion, flood, fire, earthquake or other external causes; (c) to damage caused by service performed by anyone who is not a representative of JPay; or (d) to an Accessory that has been confiscated by correctional staff.

Notwithstanding the foregoing, JPay provides the Accessory subject to the rules and policies of each applicable correctional facility.

THE FOREGOING IS JPAY'S SOLE WARRANTY.  JPAY DISCLAIMS ALL OTHER EXPRESS AND IMPLIED WARRANTIES TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW.  JPAY IS NOT LIABLE OR RESPONSIBLE FOR ANY AMOUNT OF DAMAGES ABOVE THE AGGREGATE DOLLAR AMOUNT PAID BY YOU FOR THE PURCHASE OF THE TABLET AND/OR ACCESSORY.  SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

THE KIOSK, TABLET, CONTENT, AND SERVICES ARE PROVIDED BY JPAY LLC ON AN "AS IS" AND "AS AVAILABLE" BASIS.  JPAY MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THE KIOSK, TABLET, OR SERVICES.  YOU EXPRESSLY AGREE THAT YOUR USE OF THE KIOSK, TABLET, AND SERVICES IS AT YOUR SOLE RISK.

TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, JPAY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  JPAY (AS WELL AS ITS OFFICERS, DIRECTORS, EMPLOYEES, AFFILIATES, AND STOCKHOLDERS) WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF THE KIOSK, A TABLET, AN ACCESSORY AND/OR THE SERVICES, ANY NON-TRANSMITTAL OF A COMMUNICATION, OR FOR DELAY OR ERRONEOUS DELIVERY OF A COMMUNICATION, REGARDLESS OF THE CAUSE, INCLUDING, WITHOUT LIMITATION, DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES.

CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES.  IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MAY HAVE ADDITIONAL RIGHTS.

7. **LOANER TABLET PROGRAM AND CONTENT**.  If you are a resident of a correctional facility, at the discretion of the facility, JPay may provide you with a loaner Tablet at no cost to you.  Loaner Tablets are considered the property of JPay, and are to be used in accordance with the procedures and guidelines that govern this Service, which may be communicated to you by your correctional facility, in this Agreement or in the Frequently Asked Questions (FAQs) section of the Kiosk.  If you have an issue with your loaner Tablet, you must submit a JPay Support Ticket using the "Communications Center" located on the Kiosk.

Upon release or transfer from your correctional facility, you will be required to return your loaner Tablet to JPay.  If you are released or transferred to a correctional facility that does not have loaner Tablets, JPay will provide you with a USB drive containing your purchased music.  Any emails and their attachments, as well as VideoGrams, will not be made available to you on the USB drive.  This USB drive may be shipped to your home address.

To have a USB drive containing your music shipped to your home address, you will be required to submit a JPay Support Ticket through the "Communications Center" on the Kiosk containing the following information:

- The address of the correctional agency where you were incarcerated
- Your first and last name
- Your Inmate ID #
- Telephone Number
- Return Mailing Address

Please allow up to forty-five (45) business days from the date you submitted your Support Ticket for delivery of your USB drive. After forty-five (45) business days, you may follow up on the status of your USB drive by contacting JPay customer service at 1(800)-574-5729.

8. **GOVERNING LAW.** This Agreement and the rights of the parties hereunder shall be governed by and construed in accordance with the laws of the State of Florida, exclusive of conflict or choice of law rules.

9. **DISPUTE RESOLUTION & ARBITRATION AGREEMENT ("Arbitration Agreement")**

**THIS AGREEMENT REQUIRES THE USE OF ARBITRATION ON AN INDIVIDUAL BASIS TO RESOLVE DISPUTES, RATHER THAN JURY TRIALS OR CLASS ACTIONS.**

(a) <u>Definition of Dispute</u>. The term dispute means any dispute, action, claim, or other controversy between you and JPay, whether in contract, warranty, tort, statute, regulation, ordinance, or any other legal or equitable basis. Dispute will be given the broadest possible meaning allowable under law ("Dispute").

(b) <u>Informal Dispute Resolution.</u> Either party asserting a Dispute shall first try in good faith to resolve it by providing written notice as specified below to the other party describing the facts and circumstances (including any relevant documentation) and allowing the receiving party thirty (30) days in which to respond. Notice shall be made by: (1) first class or registered mail to JPay LLC, 10981 Marks Way, Miramar FL, 33025; (2) by email at Resolutions@JPay.com; or (3) to you by JPay at the postal address of your correctional facility, or if you are a user of JPay's email services, to your JPay email account. Both you and JPay agree that this dispute resolution procedure is a condition precedent which must be satisfied before either party initiates any arbitration or small claims court action against the other party. For purposes of clarification, submission by you of a JPay Support Ticket through the Communications Center on a Kiosk or on your Tablet, is not considered a good faith effort to resolve the dispute in accordance with this paragraph.

(c) <u>Small Claims Court or Arbitration.</u> Mindful of the high cost of legal disputes, not only in dollars but in time and energy, both you and JPay agree that any legal dispute between you and JPay, past, present, or future, and no matter the date of accrual, shall be resolved through an individual small claims court action or through binding individual arbitration, as delineated below. You understand and agree that you are waiving your right to sue or go to court to assert or defend your rights.

(d) <u>Small Claims Court.</u> JPay may elect, instead of arbitration, to have a Dispute resolved in small claims court if the Dispute does not seek injunctive relief and is within the jurisdictional and dollar limits of that small claims court. If JPay elects to have the Dispute resolved in small claims court, it may provide notice to you (by registered mail or email, if applicable) of such election, and the arbitration shall not proceed. Upon your receipt of JPay's notice, you must withdraw your arbitration demand and proceed in small claims court.

(e) How Arbitration Works for Disputes less than $50,000. If the amount in dispute is lower than $50,000, then subject to the small claims provisions above, either party may initiate arbitration, which shall be conducted by Resolute Systems, LLC ("Resolute") before one (1) arbitrator and pursuant to the Resolute Commercial Arbitration Rules ("Resolute Rules"), as modified by this Arbitration Agreement.  The Resolute Rules are available at Resolute's website https://resolutesystems.com.  Resolute may be reached telephonically at (800) 776-6060.  For your convenience, we have included a copy of the Resolute Rules in the Frequently Asked Questions (FAQs) section of the Kiosk.  The rules include instructions on how to file an arbitration.  In the event Resolute is unavailable or unwilling to hear the Dispute, the parties shall agree to another comparable arbitration provider, and if they are unable to agree, the parties shall apply to a court for appointment of a new arbitrator, pursuant to Section 5 of the Federal Arbitration Act.  Unless you and JPay agree otherwise, including on whether to conduct arbitration by telephone or videoconference, any arbitration hearing shall take place in the county of your residence (determined by the location of your correctional facility).  JPay will reimburse you for arbitration filing fees that exceed the cost of filing a claim in court if, after the informal dispute resolution process laid out in subsection (b) fails, you file an arbitration that JPay or the Arbitrator determines is not frivolous.  All other costs of arbitration are to be assessed as required by the Resolute Rules and applicable fee schedule.

(f) How Arbitration Works for Disputes equal to or greater than $50,000. If the amount in dispute is equal to or greater than $50,000, or if any party seeks injunctive relief, either party may initiate arbitration, which shall be conducted by the American Arbitration Association ("AAA") before one (1) arbitrator and pursuant to its Commercial Arbitration Rules ("AAA Rules"), as modified by this Arbitration Agreement.  The AAA Rules are available on the AAA's website www.adr.org, or by calling the AAA at (800) 778-7879.  For your convenience, we have included a copy of the AAA Commercial Arbitration Rules in the Frequently Asked Questions (FAQs) section of the Kiosk.  The AAA may also be contacted, and claims may be filed, by mailing your correspondence to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043.  In the event the AAA is unavailable or unwilling to hear the Dispute, the parties shall agree to another comparable arbitration provider, and if they are unable to agree, the parties shall apply to a court for appointment of a new arbitrator, pursuant to Section 5 of the Federal Arbitration Act.  Unless you and JPay agree otherwise, including on whether to conduct arbitration by telephone or videoconference, any arbitration hearing shall take place in the county of your residence (as so determined by the location of your correctional facility).  JPay will reimburse you for arbitration filing fees that exceed the cost of filing a claim in court if, after the informal dispute resolution process laid out in subsection (b) fails, you file an arbitration that JPay or the Arbitrator determine is not frivolous.  All other costs of arbitration are to be assessed as required by the AAA Commercial Rules and applicable fee schedule.

(g) WAIVER OF RIGHT TO BRING CLASS ACTIONS AND REPRESENTATIVE CLAIMS: **SUBJECT TO THE SMALL CLAIMS COURT EXCEPTION ABOVE, AND CERTAIN EXCEPTIONS LISTED BELOW, ALL DISPUTES, PAST, PRESENT, AND FUTURE, AND REGARDLESS OF THE DATE OF ACCRUAL OF SUCH DISPUTE, SHALL BE ARBITRATED ON AN INDIVIDUAL BASIS.** The arbitrator is empowered to resolve the dispute with the same remedies available in court, however, any relief must be individualized to you and shall not affect any other customer.  You and JPay also agree that each

may bring claims against the other only in your or their respective individual capacities (whether in arbitration or court), and in so doing, you and JPay hereby waive the right to a trial by jury, to assert or participate in any class action lawsuit or class action arbitration, any private attorney general lawsuit or private attorney general arbitration, and any joint or consolidated lawsuit or joint or consolidated arbitration of any kind.

(h) ARBITRABILITY OF CERTAIN DISPUTES: Except as specifically set forth in this section, only the arbitrator is authorized to make determinations as to the scope, validity, or enforceability of this Agreement, including whether any dispute falls within its scope. Notwithstanding the above, the scope, validity, effect, and enforceability of this agreement's waiver of (i) class action lawsuits, (ii) representative or class-wide arbitration, (iii) private attorney general claims, or (iv) requests for public injunctive relief, are to be determined solely and exclusively by the Federal District Court located in the Southern District of Florida or Florida State court in Miami-Dade county and not by Resolute, the AAA, or any arbitrator.  If a lawsuit is filed to enforce these waivers the parties agree that the arbitration shall be immediately stayed, by agreement or court order, until the court case is resolved and all appellate review is exhausted.  The cost of proceedings under this section, including, without limitation, each party's attorneys' fees and costs, shall be borne by the unsuccessful party.  The parties hereby consent to jurisdiction and venue in Miami-Dade County and waive any objections thereto.

(i) SEVERABILITY: If a court decides that the waivers or limitations of paragraph 9(g) are invalid or unenforceable, any putative class, private attorney general, or representative action must be brought in a court of proper jurisdiction and not in arbitration.  Similarly, if a court determines that the ability to provide public injunctive relief is required by applicable law, the request for such public injunctive relief shall proceed in an individual action in court.  Without waiving the right to appeal a court decision triggering this section, should a claim be required to proceed in court under this section, any and all disputes shall proceed in Federal District court located in the Southern District of Florida or Florida State court in Miami-Dade County and be decided by a judge, sitting without a jury and not as a class action lawsuit.

(j) Governing Law and Other Terms. This Arbitration Agreement shall be governed by, and interpreted, construed, and enforced in accordance with, the United States Federal Arbitration Act and other applicable federal law.  To the extent state law applies to any aspect of this Arbitration Agreement, or to any disputes and claims that are covered by the Arbitration Agreement, Florida law will govern.  Except as set forth above in paragraph 9(i), if any portion of this Arbitration Agreement is deemed invalid or unenforceable, it will not invalidate the remaining portions of the Arbitration Agreement.  This Arbitration Agreement survives the termination of your relationship with JPay, including the end of your participation in any program or service and opt-out of consent for marketing or other agreements with JPay.

10. **INDEMNIFICATION.**  To the maximum extent permitted by law, you agree to defend, indemnify and hold harmless JPay, its affiliates and their respective directors, officers, employees and agents from and

against any and all third party claims, actions, suits or proceedings, as well as any and all losses, liabilities, damages, costs and expenses (including reasonable attorney's fees) arising out of or accruing from (a) your breach of this Agreement, and (b) your use of the Services.

11. **IMPORTANT: THIS PROVISION LIMITS YOUR RIGHTS TO RECOVERY. PLEASE READ IT CAREFULLY. LIMITATION OF LIABILITY**

    (a) **No Consequential or Indirect Damages**. IN NO EVENT SHALL JPAY LLC OR ANY OF ITS REPRESENTATIVES BE LIABLE UNDER THIS AGREEMENT TO YOU FOR CONSEQUENTIAL, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, PUNITIVE OR ENHANCED DAMAGES ARISING OUT OF, RELATING TO, OR IN CONNECTION WITH ANY BREACH OF THIS AGREEMENT, REGARDLESS OF (I) WHETHER SUCH DAMAGES WERE FORESEEABLE, (II) WHETHER OR NOT YOU WERE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND (III) THE LEGAL OR EQUITABLE THEORY (CONTRACT, TORT OR OTHERWISE) UPON WHICH THE CLAIM IS BASED.

    (b) **Maximum Liability**. IN NO EVENT SHALL JPAY LLC'S LIABILITY ARISING OUT OF OR RELATED TO THIS AGREEMENT, WHETHER ARISING OUT OF OR RELATED TO BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, EXCEED THE TOTAL AMOUNTS YOU PAID TO JPAY LLC PURSUANT TO THIS AGREEMENT.

    (c) **Exceptions**. THE LIMITATIONS SET FORTH IN THIS SECTION 11 SHALL NOT APPLY TO: (I) PERSONAL INJURY OR DEATH OR DAMAGE TO ANY REAL OR TANGIBLE PERSONAL PROPERTY CAUSED BY JPAY LLC'S GROSSLY NEGLIGENT ACTS OR OMISSIONS; OR (II) THE GROSSLY NEGLIGENT ACTS OR OMISSIONS OF JPAY LLC IN PERFORMING ITS OBLIGATIONS UNDER THIS AGREEMENT.

12. **SEVERABILITY**.  If any provision of the Agreement shall be ruled unenforceable, then the remainder shall be enforced to the extent permissible.

13. **ENTIRE AGREEMENT.**  This Agreement sets forth the entire agreement with respect to the subject matter hereof.  The Agreement may not be altered, supplemented, or amended by the use of any other document(s).