In the United States District Court for Kansas.

Shaidon Blake
    Plaintiff

v.                       Case No. 5:18-cv-03146-EFM-GEB

JPay, et. al.

Motion to Compel Action.

    Here comes Shaidon Blake pro se, petitioning this Honorable Court to compel arbitration requested by the defense and granted by this court. Since the granting of the defense request for arbitration there has been a unfair delay in this complaint. JPay was granted arbitration by the other defendants, Joe Norwood and Paul Snyder of KDOC were granted Summary Judgement, dismissing them from the complaint.

    JPays delay, prevents petitioner from appealing the summary judgement until the entire case is done. Therefore petitioner requests this Honorable Court compel defendant JPay to proceed with granted arbitration.

                                  Respectfully Submitted
                                  Shaidon Blake *96323
                                  EDCF PO Box 311
                                  El Dorado, Ks. 67042

This was E-filed this 30 day of November 2022 To the U.S District Court for Kansas.