United States District Court for Kansas

Shaidon Blake
    Plaintiff
v.                       Case No. 5:18-cv-03146-EfM-GEB

JPay, et.al.

Response to Defendants Response to Compel Arbitration

    Here Comes Shaidon Blake pro se, in response presents the following; Defendant JPay states Plaintiff fails to point out any law that gives the court authority to order JPay to initiate arbitration. What the defendant failed to acknowledge is that JPay, the defendant, requested this Honorable Court to Compel Arbitration and or Stay Proceedings pending arbitration on March 4, 2022 which was contested by plaintiff on March 9, 2022 and to be further challenged by defense with another response in support of this Honorable Court compelling arbitration on March 23, 2022. The defendants actions initiating action for arbitration directly contradicts its Response to plaintiffs motion to compel what they requested.

    The plaintiff contested arbitration, but in compliance with this Honorable Courts order, prepared for ordered arbitration and is now confused at how the defense can now question the authority of the court concerning a requested action which was granted, as defense stated in its interpretation of Fla. Stat. §682.03 allowing for court order to arbitrate upon showing of refusal to arbitrate. The defendants response to motion to Compel is reason alone, giving this Honorable Court ability to compel arbitration. The defense response is in its self a refusal to arbitrate. Plaintiff in good faith did initiate arbitration

by drawing up a settlement agreement and forwarded it to JPay's attorneys at the Law Offices of Jonathan A. Heller 2332 Galiano St. Suite 215 Coral Gables Florida 33134 c/o Jonathan Heller, to get no response.

JPays delay to conclude this matter prevents plaintiff from proceeding with the appeal on defendants Snyder and Norwood who were giving Summary Judgement and dismissed from this civil action. The plaintiff filed a interlocutory appeal on May 26, 2022 but it was ordered until total case, to include JPay was finalized, this appeal would not be considered. This court ordered arbitration on April 26, 2022 and JPay still has yet to move forward despite plaintiffs attempt to resolve the dispute. Plaintiff includes in this response the following exhibits.

* 1A - Defense motion to Compel arbitration.
* 2A - Plaintiffs response challenging arbitration request
* 3A - Defense response to plaintiff
* 4A - Plaintiffs letter requesting appeal to 10th cir.
* 5A - Notice of Interlocutory Appeal
* 6A - Interlocutory Appeal Docketed in 10 CCA
* 7A - Notice/order dismissing interlocutory Appeal
  and settlement agreement initiated by plaintiff

For these reasons the plaintiff respectfully request this Honorable Court to grant motion ordering arbitration order to be complied to.

Respectfully Submitted,
Sheldon Blake 96323

This was E filed this 19th day of December 2022 To the U.S District Court for Kansas.