Shaidon Blake
    Plaintiff      Case No. 5:18-cv-03146-EFM-GEB

v.

JPay, et. al.

### Court Ordered Resolution Attempt

Here Comes Shaidon Blake pro se, requesting The American Arbitration Association to supply plaintiff with the following:

1. Fee waivers for any and all applicable fee's due for arbitration services that will be connected to this case.
2. Any instructions needed to initiate arbitration.
3. Any other information needed to initiate arbitration.

        Respectfully Submitted
        Shaidon Blake #96323
        EDCF PO Box 311
        El Dorado, KS. 67042

cc: JPay rep's Whitney L. Casement
        Jonathan A. Heiler
U.S. District Court c/o Honorable Gwynne E. Birzer

I certify this was efiled this 6 day of February 2023, and mailed same day to 1101 Laurel Oak Rd. Suite 100 Voorhees NJ. 08043

Attorney Casement,                                2-3-23

In good faith, I attempted to make contact w/ AAA for arbitration, through phone calls and visited the website and via email, to no avail. At this point I have no idea how to proceed.

I've submitted settlement agreement, and would like it to be known that I am serious about my pursuit. Litigation, rather in defense or as a plaintiff, should be pursued only in good faith. Anything other than that would constitute a waist of the courts time.

You and your client requested arbitration, if done so in good faith, see (F) of Terms of Service under arbitration says "either party may initiate arbitration". If JPay, who requested arbitration, feels my terms presented in the settlement agreement are unexceptable, then present a counter. The facts establish "a legitimate 1st amendment claim" as the 10th Cir Court of appeals has stated. AAA has not been able to conduct arbitration because I have not been contacted back in response to my request for their services.

(F) also provides if AAA is unavailable, the parties shall agree to another comparable arbitration provider. I agree to seek arbitration by another provider we both agree on.

Respectfully
Shirdon Blake 96323
EDCF PO Box 311
El Dorado, ks 67042