# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHAIDON BLAKE,<br><br>     Plaintiff,<br><br>v.<br><br>JPAY,<br>PAUL SNYDER, and<br>JOE NORWOOD<br><br>     Defendants. | Case number: 5:18-cv-03146-EFM-GEB |

## NOTICE OF COMPLIANCE

Defendant JPay LLC ("JPay") through counsel Whitney L. Casement of Stevens and Brand, L.L.P., submits this Notice of Compliance with the Court's January 26, 2023 Memorandum and Order (Doc. 98). JPay certifies that it has responded to Plaintiff's Court Ordered Resolution Attempt (Doc. 99). Although JPay has made an offer of settlement, the parties have not yet resolved Plaintiff's claims.

            Respectfully submitted,
            STEVENS & BRAND, LLP


            By:  *s/ Whitney L. Casement*
            WHITNEY L. CASEMENT, #25466
            4848 S.W. 21st Street, Suite 201
            Topeka, Kansas 66604
            Telephone: 785-408-8000
            Fax: 785-408-8003
            Email: WCasement@StevensBrand.com
            *Counsel for JPay LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of March, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via the CM/ECF e-filing system, and a copy will be sent on the 10th day of March, 2023, via first class mail, postage prepaid, to:

Shaidon Blake
96323
El Dorado Correctional Facility—Central
P.O. Box 311
El Dorado, KS 67042

                                                 */s/ Whitney L. Casement*
                                                 Whitney L. Casement