Ex# 01

March 13, 2023

Re: Shaidon Blake v. JPay, et al.
United States District Court for the District of Kansas
Case No. 18-CV-3146-EFM-GEB

Dear Ms Casement:

In response to your correspondence in reference to my Resolution Attempt filed on 2-7-23, Your response was void of any respectable resolution unless your offer was a error.

I own Block Boyz Enterprise Inc., incorporated as an Limited Liability Corporation filed through Biz Fitings Madison, Wi., registered with the State Dept. of Assessments & Taxation #W18411116, on 11-21-17 in Baltimore MD., Employer ID# is 823358158. Block Boyz Enterprise Inc. launch a book release campaign 12-15-17 that included advertisement, radio exposure, street team promotions, and first print, along with many man hours in effort to insure a successful release.

This is a business that I put my heart and soul into just to be disrupted by JPay and K.D.O.C. officials. This disruption negatively effected my business, to include bottom line. This disruption was unlawful and along with JPay, a interlocutory appeal is pending against K.D.O.C., that can not proceed until resolution of this JPay case.

My business is how I planned on continueing my

rehabilitation into legitimacy and your client must respect my hard work and correct this wrong. And Ms Casement, inform your client that $100,000.00 (one Hundred Thousand) is my final offer, and I decline on your offer.

Respectfully,

Sheldon Blake #96323
EDCF  Po Box 311
El Dorado, KS. 67042