In The United States District Court for Kansas

Shaidon Blake

　　　　　　　　　　Case No. 5:18-cv-03146-EFM-GEB

v.

JPay, et. al.

## Motion to End Stay and Reconvene Proceedings

Here Comes Shaidon Blake pro se, petitioning this Honorable Court to end Stay and to reconvene civil proceedings.

This Honorable Court ordered arbitration as a result of the defendants request, over the protest of plaintiff. After a unreasonable amount of time that passed without the defendant initiating requested arbitration, plaintiff was ordered to do so. Plaintiff in compliance with this Honorable Courts order, made contact with the arbitrators suggested by the defense, and completed all needed forms, submitted them to arbitrator, and this Honorable Court.

After review, the arbitrators return with the following conclusion; "Prior to filing of this arbitration, the business failed to comply with the AAA's policies regarding consumer claims, set forth in the Consumer Due Process Protocol and the Consumer Arbitration Rules." Then goes on to state; "Accordingly, we must decline to administer this claim and any other claims between JPay Inc. and its consumers at this time. Please Note that, for cases proceeding

under the Consumer Rules, the AAA reviews the relevant arbitration agreement for material compliance with the Protocol and the Consumer Rules. The AAA's review is administrative; it is not an opinion on whether the arbitration agreement, the contract, or any part of the contract is legally enforceable, nor is it a determination regarding the arbitrability of the dispute."

The AAA has administratively closed the file numbered 01-23-0000-8246, Shaidon Blake v. JPay Inc. Rule R-1(d) of the Consumer Rules states either party may choose to submit dispute to the appropriate court for resolution.

Due to error by JPay as stated in exhibit, and this motion, the chosen arbitrators, AAA, declines to arbitrate this claim. Plaintiff requests for the stay to be lifted and for this Honorable Court to issue a order considering the facts. This request is made pursuant to Rule R-1(d) of the Consumer Rules that governs the ordered arbitration.

Plaintiff would like to note for the record that according to Kansas Dept. of Corrections rules, no prisoner can enter into a contract while in the custody of the K.D.O.C., accordingly, any contractual agreement, even if normally binding to a free citizen consumer, is void.

Wherefore the Plaintiff requests the following:
1. Lift the stay continueing civil proceeding
2. Schedule Interogatories, depositions, and trial
3. Rule issueing an order on the undisputed issues in claim
4. Appoint Counsel

5. Any and all relief this Honorable Court deem fair and just.

Respectfully Submitted,
Shaidon Blake #96323
EDCF PO Box 311
El Dorado, Ks. 67042

I declare this was Efiled this 12th day of April 2023 to the U.S. District Court for Kansas.