In The United States District Court for Kansas

Shaidon Blake #96323
    Plaintiff

v.                      Case No: 5:18-cv-03146-EFM-GEB

JPay Inc., et.al.

Plaintiff's Response to Defendant JPay

    Plaintiff, Shaidon Blake pro se, respectfully disagree's with the defense's challenge to motion to end stay. It was the AAA, chosen by the defendant, that concluded it was determined JPay to be out of compliance with AAA's consumer rules and protocol. Not being able to proceed is of no fault of the plaintiff, but lies solely on the defendant.

    This further delay interferes with the wheels of justice because plaintiff's interlocutory appeal against defendants Paul Snyder and Joe Norwood has been stayed pending the resolution of this matter.

    The plaintiff further asserts that this Honorable Court has jurisdiction over this matter making the defendants claim that "the court does not have grounds to lift the stay" incorrect. Failure to comply along with undue delay is grounds enough.

    To address the defendants concern as to the rule on prisoners and contracts, 44-12-209 inmate rule book, states "No inmate shall enter into a contract, or incur any financial

obligation, including orders by mail, without the principal administrators approval."

18 U.S.C.S § 1961 Racketeering under 18 U.S.C.S. § 1951 related to interference with commerce, robbery, or extortion. JRay recieved payment for photo's and video's, paid for but did not deliver the brought product. Once JRay's contract was discontinued in KDOC, they were obligated to transfer all brought electronic merchandise belonging to the plaintiff over to the new service. Many of JRay's customers in KDOC did recieve their paid for pictures and video's, but the plaintiff did not. Plaintiff's complaint has stated a claim in which relief must be granted.

The plaintiff PRAYS this Honorable Court grant his motion to lift stay and proceed. Also consider the interlocutory appeal on hold and reopen case on codefendants. Based on Rule 60(b) void judgement due to ruling contrary to law, any and all relief this Honorable court deem just and fair.

Respectfully Submitted,
Shaidon Blake #96323
EDCF PO Box 311
EL Dorado, KS. 67042

This was E-filed this 8 day of May 2023 to the US District Court for Kansas, Wichita.