UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHAIDON BLAKE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JPAY INC.,<br><br>　　　　　Defendant. | Case Number: 5:18-cv-03146-EFM-GEB |

## NOTICE OF DEFENDAT JPAY INC.

DEFENDANT JPay Inc. ("**Defendant**"), through counsel Whitney L. Casement of Stevens & Brand, LLP, notifies the Court that, pursuant to the Court's order dated June 12, 2023, the parties have agreed to an alternate arbitrator to arbitrate this case (Doc. 111). Counsel for the Defendant confirmed via a phone call with the Plaintiff on July 3, 2023, that Diane Sorenson was an acceptable alternate arbitrator in this matter.

Further, counsel for the Defendant informed the Plaintiff that Defendant's counsel would assume responsibility for making initial contact with Ms. Sorenson to ensure that no conflict exists and to inquire if Ms. Sorenson will agree to arbitrate this matter. Finally, Defendant further notifies the Court that they will file a subsequent notice with the Court once arbitration has begun pursuant to the Court's amended order dated April 4, 2023 (Doc. 105).

Respectfully submitted,
**STEVENS & BRAND, LLP**

By: s/ *Whitney L. Casement*
Whitney L. Casement, #25466
4848 SW 21st St., Suite 201
Topeka, KS 66604
Tel: 785-408-8000
Fax: 785-408-8003
WCasement@StevensBrand.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July 2023, a true and correct copy of the foregoing document was filed with the Clerk of the Court via the CM/ECF e-filing system and a copy sent via U.S. Mail, postage prepaid, to:

Shaidon Blake
#96323
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042

s/ *Whitney L. Casement*
Whitney L. Casement

2