IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHAIDON BLAKE,

    *Plaintiff,*

vs.

    Case No. 18-3146-EFM

JPAY, LLC, *et al.*,

    *Defendants.*

**MEMORANDUM AND ORDER**

Before the Court is Plaintiff's self-styled "Motion for Injunctive Relief" (Doc. 109). In it, he requests a plethora of relief related to his claims against Defendants Paul Snyder and Joe Norwood—claims on which the Court previously granted summary judgment to Defendants—as well as several other persons not named as Defendants in this lawsuit.

Plaintiff cannot now, without leave of the Court or the opposing party's written consent, amend his complaint to add new claims against new parties.[1] Nor may he relitigate claims on which the Court has already granted summary judgment against him.

---

[1] Fed. R. Civ. P. 15(a).

Additionally, the Court stayed this case when it granted JPay's Motion to Compel. Though Plaintiff recently requested that the Court lift the stay, on account of the parties' difficulties in finding an agreeable arbitrator, that motion was denied. The Court was recently informed that the parties have now agreed to a suitable arbitrator, and the process can now begin in earnest. The stay remains in place pending the results of the parties' arbitration. For all of these reasons, Plaintiff's Motion is denied.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Injunctive Relief (Doc. 109) is **DENIED.**

**IT IS SO ORDERED.**

Dated this 20th day of July, 2022.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE