In The United States District Court for Maryland

Shaidon Blake
    Plaintiff

v.                 Case No. 18-3146-EFM-GEB

JPAY
    Defendant

Response To Courts Show Cause Order

    This Honorable Court issued a show cause order demanding parties to show why case should not be dismissed for failure to prosecute. This Honorable Court ordered all proceedings to be stayed until after arbitration. Plaintiff contested defense request for arbitration but the court granted defense request. So plaintiff has never stopped his attempts to prosecute. (See docket entries for summary judgement requests from plaintiff.) See also (Ex# 1-4 included).

    Plaintiff does here renew request to lift stay and to proceed. This case is delaying the interlocutory appeal that is connected to this case. In the event this Honorable Court will not lift the stay cancelling the arbitration, I request the court to order the arbitration to commence this year (2023).

                                   Respectfully Submitted
                                   Shaidon Blake 96323
                                   EDCF PO Box 311 El Dorado, Ks 67042

This was E-filed this 20th day of Oct. 2023, US Dist. Court for Kansas.