Ex 1



| WEBSTER L. GOLDEN | **STEVENS** | JEFFREY L. HEIMAN |
| --- | --- | --- |
| WINTON A. WINTER, JR. | **& BRAND** LLP | KANA R. ROLLER* |
| SHERRI E. LOVELAND | Attorneys at Law | SCOTT E. TADDIKEN, PA |
| MOLLY M. WOOD | | DENISE L. M<sup>c</sup>Nabb* |
| CHRISTOPHER F. BURGER* | | J. ERIC WESLANDER* |
| WESLEY F. SMITH | | AMY L. DURKIN |
| BRADLEY R. FINKELDEI | | RICHARD S. SCHOENFELD* |
| MATTHEW H. HOY* | | KATE MARPLES SIMPSON* |
| LESLIE M. MILLER | | WHITNEY L. CASEMENT |
| EMILY A. DONALDSON, CELA♦ | | ANN J. PREMER° |
| REBECCA J. WEMPE | | THOMAS D. HANEY, Of Counsel |
| PATRICIA E. HAMILTON* | | STANTON A. HAZLETT, Of Counsel |
| JOHN T. BULLOCK□ | 4848 S.W. 21st Street, Suite 201 | PETER K. CURRAN, Retired |
| | Topeka, Kansas 66604 | |
| | Phone: (785) 408-8000 / Fax: (785) 408-8003 | |

\* Admitted in Kansas and Missouri
□ Admitted in Kansas, Missouri, California
° Admitted in Kansas and Virginia
♦ Certified elder law attorney

Richard B. Stevens (1899-1991)
John W. Brand (1907-1971)
John W. Brand, Jr. (1932-2015)
Evan H. Ice (1963-2016)

July 24, 2023

Diane Sorenson
Morris Laing Law Firm
300 N. Mead, Suite 200
Wichita, KS 67202

**Re: Request for Arbitration**

Dear Ms. Sorenson,

I represent Defendant JPay, Inc. in case number 18-cv-03146 in the United State District Court for the District of Kansas. This case was filed by Plaintiff Shaidon Blake. Per the district court's order, the proceedings in this matter have been stayed in order to enforce an arbitration agreement between the parties. The two parties have conferred and have agreed to ask you to serve as an arbitrator in this matter.

Enclosed with this letter, you will find a copy of the "Terms of Service and Warranty Policy" filed in this case and found binding between the Plaintiff and Defendant by the court. For your convenience, the arbitration section begins at subsection 9.

Below are the names of the current parties in this litigation and parties who have been dismissed from this case.

| Plaintiff | Defendant | Dismissed Defendants |
| --- | --- | --- |
| Shaidon Blake | JPay, Inc. | Paul Snyder |
| | | Joe Norwood |

In addition, the Kansas Department of Corrections and State of Kansas are interested parties, as Kansas Secretary of Corrections Joe Norwood and El Dorado Correctional Facility Warden Paul Snyder were sued in their official and individual capacities and in the scope of their employment with the State.

Mr. Blake's address is included in the "cc" below. Be sure to include his ID number to ensure that mail reaches him. Please let me know if are available to arbitrate this matter and if you require any further information to make that decision.

Sincerely,

Whitney L. Casement
Counsel for JPay, Inc.
WCasement@StevensBrand.com

Cc: Shaidon Blake
#96323
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042