

Diane H. Sorensen
300 N. Mead, Suite 200
Wichita, KS 67202
P: 316.262.2671
F: 316.383.6554
dsorensen@morrislaing.com

Ex 2

September 7, 2023

VIA EMAIL
Whitney L. Casement
Stevens & Brand LLP
4848 S.W. 21st Street, Suite 201
Topeka, KS 66604

wcasement@stevensbrand.com

VIA U.S. MAIL
Shaidon Blake #96323
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042

Re:   Arbitration – Blake v. JPay, Inc.

Dear Ms. Casement and Mr. Blake,

Thank you for contacting me about serving as the arbitrator in this matter. I will agree to do so.

The first thing we need to do is set a date for the hearing and determine deadlines for any necessary discovery before the hearing.

Is it safe to assume that we will be able to conduct the hearing virtually, via Zoom? Please let me know.

If you could please each let me know what you anticipate the length of the hearing to be (this will depend on the number of witnesses), what amount of discovery you will need to be ready for the hearing, and whether you believe a dispositive motion will be appropriate in this case. I would hope that we can get this matter to a hearing by no later than early next summer. Would it be possible to confer via telephone?

Please let me know the best way to handle communication.

I will look forward to hearing back from you both. Please send a copy of what you send to me to each other.

Very truly yours,

Diane H. Sorensen
For the Firm