# STEVENS BRAND LLP

**Topeka Office**
4848 S.W. 21st St., Suite 201
Topeka, KS 66604

Attorneys at Law
**October 6, 2023**

**WHITNEY L. CASEMENT**
Tel: 785-408-8000
WCasement@StevensBrand.com

Diane H. Sorensen
Morris Laing Law Firm
300 N. Mead, Suite 200
Wichita, KS 67202
**Via Email at: dsorensen@morrislaing.com**

    **Re:**    **Arbitration of Blake v. JPay, Inc.**

Ms. Sorensen:

    Thank you for agreeing to serve as arbitrator in this matter.

    After consulting with my client, we intend to file a dispositive motion in this matter. It is our position that we set a dispositive motion deadline for the spring 2024, specifically we propose a deadline of March 8, 2024. In addition, my client further proposes that the response and reply deadlines contained within D. Kan. Rule 6.1(d)(2) and the briefing page limits found in D. Kan. Rule 7.1(d) govern future motions during this arbitration.

    With respect to a discovery deadline, my client would propose, consistent with practice in the District of Kansas, that all discovery be completed approximately one month before the dispositive motion deadline. We would suggest February 2, 2024, for the discovery deadline in this case in light of our proposal above.

    Finally, should this matter proceed to an arbitration hearing, my client would like to schedule this hearing for the late spring or early summer, preferably in May 2024. To that end, we would propose setting the hearing for May 23, 2024 via Zoom.

    In light of Mr. Blake's incarceration status, I have not been able to confer with him on these proposed dates. Should it be beneficial to the administration of this matter, I will set up a telephone conference call between the parties and yourself to set case deadlines.

Respectfully,

*Whitney Casement*

Whitney L. Casement
Counsel to JPay, Inc.
WCasement@StevensBrand.com

Cc: Mr. Shaidon Blake
Via U.S. Mail