# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SHAIDON BLAKE,

          Plaintiff,

v.

JPAY Inc.,

          Defendant.

Case No. 5:18-cv-03146-EFM-GEB

## RESPONSE TO ORDER TO SHOW CAUSE

Defendant JPay, Inc. ("JPay"), through counsel Whitney L. Casement of Stevens and Brand, L.L.P., submits this Response to Order to Show Cause.

As shown in the exhibits to Plaintiff's response to the Court's Order to Show Cause, the parties have selected an arbitrator, Diane Sorenson. On September 7, 2023, the arbitrator sent a letter stating that she agreed to serve as arbitrator in this matter. The arbitrator has now issued a scheduling order as of October 12, 2023. It is JPay's understanding that this means that arbitration has begun, and as such, the stay should remain in place in this case.

Respectfully submitted,
**STEVENS & BRAND, LLP**

By:    *s/ Whitney L. Casement*
WHITNEY L. CASEMENT, #25466
4848 S.W. 21st Street, Suite 201
Topeka, Kansas 66604
Telephone: 785-408-8000
Fax: 785-408-8003
Email: WCasement@StevensBrand.com
*Counsel for JPay, Inc.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via the CM/ECF e-filing system, and a copy sent via first class mail, postage prepaid, to:

Shaidon Blake, #96323
El Dorado Correctional Facility—Central
P.O. Box 311
El Dorado, KS 67042

            *s/ Whitney L. Casement*
            Whitney L. Casement