UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHAIDON BLAKE,<br><br>                   *Plaintiff*,<br>v.<br><br>JPAY, INC.,<br><br>                   *Defendant*. | Case number: 18-3146-EFM-GEB |

## ENTRY OF APPEARANCE

Katherine E. Simpson of Stevens & Brand, L.L.P. enters her appearance on behalf of Defendant JPay as co-counsel and requests all future notices, motions, and pleadings be served on her in that capacity.

> Respectfully submitted,
> **STEVENS & BRAND, L.L.P.**
>
> By:  */s/ Katherine E. Simpson*
> Katherine E. Simpson #26453
> STEVENS & BRAND, L.L.P.
> 900 Massachusetts St – Suite 500
> Lawrence, KS 66044
> (785) 843-0811 phone
> (785) 843-0341 fax
> ksimpson@stevensbrand.com
> *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 11th day of July 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was mailed first-class mail, postage prepaid to:

Shaidon Blake
Y64906
Lawrence Correctional Center
10930 Lawrence Rd.
Sumner, IL 62466

                                                                                         */s/ Katherine E. Simpson*
                                                                                        Katherine E. Simpson